THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GREGORY MALTA                                                                PLAINTIFF

vs.                                                    CIVIL ACTION NO. 4:06CV11-TSL-JMR

RIVERSTATES PUBLISHING CORPORATION,
d/b/a THE CLARION LEDGER, GANNETT
SATELLITE NETWORK, INC. d/b/a GANNETT
NEWS SERVICE, NEWSPAPER HOLDINGS, INC.
d/b/a THE MERIDIAN STAR, JOE H. BRYANT, JR.
and UNKNOWN JOHN DOE DEFENDANTS
ONE through TEN                                                            DEFENDANTS

## AGREED ORDER OF DISMISSAL

This cause is before the Court on the request of the Plaintiff for dismissal with prejudice of his claims and cause of action against Defendant Newspaper Holdings, Inc., d/b/a *The Meridian Star*. The Court, having considered the request and the agreement of the parties, finds that the request should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claims and cause of action of the Plaintiff be, and they are hereby, dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

SO ORDERED AND ADJUDGED, this the 31st day of October, 2006.


                                                          /S/ TOM S. LEE
                                                          UNITED STATES DISTRICT JUDGE

AGREED:


s/ Gregory Malta
GREGORY MALTA
PLAINTIFF PRO SE
1906 West Alabama
Houston, Texas  77098
(832) 496-1424
(713) 807-7802 (telefacsimile)


s/ John C. Henegan
JOHN C. HENEGAN (MISS BAR NO. 2286)
BUTLER, SNOW, O'MARA, STEVENS
 & CANNADA, PLLC
Post Office Box 22567
Jackson, Mississippi  39225-2567
(601) 948-5711
(601) 985-4500 (telefacsimile)

ATTORNEY FOR NEWSPAPER HOLDINGS, INC.
d/b/a *THE MERIDIAN STAR*