```
              UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     EASTERN DIVISION


GREGORY MALTA                                      PLAINTIFF


VS.                            CIVIL ACTION NO. 4:06CV11TSL-JMR


RIVERSTATES PUBLISHING CORPORATION,
d/b/a THE CLARION LEDGER, GANNETT
SATELLITE NETWORK, INC., d/b/a GANNETT
NEWS SERVICE, NEWSPAPER HOLDINGS, INC.,
d/b/a THE MERIDIAN STAR, JOE H. BRYANT, JR.
and UNKNOWN JOHN DOE DEFENDANTS
ONE through TEN                                    DEFENDANTS
```

ORDER

This cause is before the court on the motion of defendant Joe H. Bryant, Jr. to dismiss for failure to prosecute. Plaintiff Gregory Malta has filed no response to the motion. Having considered the motion and accompanying memorandum, and the record in this cause, the court concludes that the motion is well taken and should be granted for the reasons set forth therein.

Accordingly, it is ordered that plaintiff's complaint in this cause is dismissed for failure to prosecute.

SO ORDERED this 13th day of April, 2007.

                                                /s/Tom S. Lee
                                           UNITED STATES DISTRICT JUDGE